FILED
CLERK, U.S. DISTRICT COURT
5/5/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>LORENA BECERRA,<br><br>      Defendant. | CR No. 2:21-cr-00217-FMO<br><br>I N F O R M A T I O N<br><br>[29 U.S.C. § 439(b): False Statement in Reports Required to Be Filed by Labor Union] |

The Acting United States Attorney charges:

[29 U.S.C. § 439(b)]

On or about March 2, 2017, in Los Angeles County, within the Central District of California, defendant LORENA BECERRA, while employed as the Secretary-Treasurer of the Communication Workers of America, AFL-CIO, Local 14904, Southern California Typographical and Mailer Union ("CWA 14904"), a labor organization engaged in an industry affecting commerce, knowingly made a false statement of material fact on CWA 14904's annual financial form for the fiscal year ending September 30, 2016 ("2016 LM-3"), a report and document required to be filed by CWA 14904 with the Secretary of Labor pursuant to Title 29, Section 431, in that defendant BECERRA stated

in Section 24 of the 2016 LM-3 that defendant BECERRA had received a total of $438 in gross salary, allowances, and other disbursements from CWA 14904, when, in fact, as defendant BECERRA then knew, that statement was false because she had received gross salary, allowances, and other disbursements in excess of $438.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer
Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

CATHERINE S. AHN
Assistant United States Attorney
Major Frauds Section